# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Douglas Novotny and Nancy Novotny, as wrongful death co-representatives of Jeffrey Novotny, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Weatherford International, LLC, and Zackery Brown, | ) ) ) | Case No. 1:16-cv-260 |
| Defendants. | ) ) | |

On March 15, 2017, the parties filed a stipulation to amend the scheduling/discovery plan. The court **ADOPTS** the stipulation (Docket No. 28) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until June 15, 2017, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs' expert disclosure are due by June 30, 2017; and

    b. Defendants' expert disclosures are due by July 31, 2017.

3. The parties shall have until August 31, 2017, to complete discovery depositions of expert witnesses.

4. The parties shall have until December 5, 2016, to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be June 15, 2017.

1

**IT IS SO ORDERED.**

Dated this 16th day of March, 2017.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court