# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Douglas Novotny and Nancy Novotny, as wrongful death co-representatives of Jeffrey Novotny, deceased, | ) ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| Weatherford International, LLC, and Zachary Brown, | ) ) Case No. 1:16-cv-260 ) |
| Defendants. | ) |

On June 2, 2017, the parties filed: (1) a "Stipulation for Protective Order; and (2) a "Stipulated Amendment to Scheduling Discovery Plan." The court **ADOPTS** the "Stipulation for Protective Order" (Docket No. 36). The court also **ADOPTS** the "Stipulated Amendment to Scheduling Discovery Plan" (Docket No. 37). The download of the cellular telephones of Decedent Jeffrey Novotny and Defendant Zackery Brown shall be completed by June 30, 2017. The continued deposition of Defendant Zackery Brown, limited to matters relevant to the information downloaded from his cellular telephone, shall be completed by August 4, 2017.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court